| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>RICHARD RAMIREZ MARTINEZ,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:26-bk-14794-SY<br><br>CHAPTER: 7<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>**(with supporting declaration)**<br>**[FRBP 1007(c), LBR 1007-1(b)]** |
|---|---|

1.  The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)       ☐ Chapter 13 Plan       ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☒ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
      Statement of Related Cases

*Note*:  Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1).  If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2.  Date bankruptcy case filed:  6/12/2026

3.  Date of § 341(a) meeting of creditors:  7/14/2026

4.  Debtor requests extension to and including (extension deadline) (*date*): 7/10/2026

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.   Declaration regarding the reason(s) for extension (*explain*):

See attached Declaration of Counsel in Support of Motion to Extend Time to File Case Opening Documents.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| _____ | _____ |
| Date          Signature of Debtor | Date          Signature of Joint Debtor, if applicable |

**NEXUS BANKRUPTCY**

Date: June 24, 2026    /s/Benjamin Heston
                        BENJAMIN HESTON,
                        Attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RICARDO RAMIREZ MARTINEZ,<br><br>    Debtor. | Case No: **6:26-bk-14794-SY**<br><br>**Chapter 7**<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

I, Benjamin Heston, declare as follows:

1.  I am the attorney of record for the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein and if called to testify, I could competently testify thereto.

2.  Debtor commenced this Chapter 7 case on June 12, 2026. At the time the petition was filed, Debtor's wages were being garnished. The prompt filing of the bankruptcy petition was necessary to invoke the automatic stay, prevent additional wages from being withheld, and potentially recover funds that had already been garnished. Additionally, the Debtor did not receive any notices from his employer prior to the wage garnishment starting, so he did not become aware of the garnishment until after it had occurred. Due to the time-sensitive nature of this issue, Debtor's case was filed as an "emergency petition".

3.  Following the filing, I contacted Debtor's employer's payroll department and the Sacramento County Sheriff's Office concerning the bankruptcy filing, the automatic

1

stay, the termination of the wage garnishment, and the return of the garnished funds. Based on those communications, and to the best of my knowledge, the wage garnishment has been terminated.

4.  Since the filing of the petition, I have made repeated efforts to contact Debtor using the contact information available to my office. As of the date of this declaration, I have been unable to obtain a response from him.

5.  I still require additional documents and information to complete and verify the remaining schedules and case opening documents. Furthermore, I cannot finalize or file documents without the Debtor verifying the information under penalty of perjury.

6.  As such, I am requesting that the deadline for filing case opening documents be continued from June 26, 2026 to July 10, 2026 (14 days later). The extension is necessary to permit continued efforts to contact Debtor and to allow the required documents to be completed accurately.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 26, 2026                                /s/Benjamin Heston
                                                   BENJAMIN HESTON

2

**DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S APPLICATION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/26/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amitkumar Sharma      amit.sharma@aisinfo.com
Larry D Simons (TR)      larry@janus.law,
c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
United States Trustee (RS)      ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 6/26/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/26/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.