NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

FILED & ENTERED

JUN 29 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re:

RICARDO RAMIREZ MARTINEZ,

Debtor.

Case No.: 6:26-bk-14794-SY

Chapter 7

**ORDER DENYING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**

Having reviewed the Debtor's Motion to Extend Time to File Case Opening Documents ("Motion") [Docket # 9] filed on June 26, 2026, and no good cause appearing,

IT IS ORDERED that the Motion is denied.

###

Date: June 29, 2026

Scott H. Yun
United States Bankruptcy Judge

1