United States Bankruptcy Court

Central District of California

In re:                                                                                           Case No. 26-14794-SY

Ricardo Ramirez Martinez                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                              User: admin                                    Page 1 of 1
Date Rcvd: Jun 29, 2026                       Form ID: pdf042                            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ricardo Ramirez Martinez, 3364 Lynwood Dr, Highland, CA 92346-1872 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Ricardo Ramirez Martinez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Larry D Simons (TR) | larry@janus.law  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

FILED & ENTERED

JUN 29 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:26-bk-14794-SY |
| RICARDO RAMIREZ MARTINEZ, | Chapter 7 |
| Debtor. | **ORDER DENYING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

Having reviewed the Debtor's Motion to Extend Time to File Case Opening Documents ("Motion") [Docket # 9] filed on June 26, 2026, and no good cause appearing,

IT IS ORDERED that the Motion is denied.

###

Date: June 29, 2026

Scott H. Yun
United States Bankruptcy Judge

1